# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JAMES L. OSBORN |
| **Case Number:** | 2:14-BK-03079-BKM  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 14, 2018 11:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | BRENDA K. MARTIN |
| **Courtroom Clerk:** | CHRISTINA JOHNSON |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

**ADV: 2-15-00093**

**PACIFIC WESTERN BANK vs JAMES L. OSBORN**

CONTINUED STATUS CONFERENCE RE: (I) DATE AND LOCATION FOR MR. OSBORN'S DEPOSITION; (II) DATE AND LOCATION FOR MRS. OSBORN'S DEPOSITION; AND (III) THE INDEX OF EXHIBIT F PROVIDED BY MR. OSBORN

**R / M #:**   140 / 0

## Appearances:

STEVEN D. JEROME (T), ATTORNEY FOR PACIFIC WESTERN BANK
CHRIS D. BARSKI (T), ATTORNEY FOR JAMES L. OSBORN

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:14-BK-03079-BKM        WEDNESDAY, FEBRUARY 14, 2018 11:00 AM

## *Proceedings:*

The court has reviewed the amended notice of the letter.

Mr. Barski stated his client has a doctor's appointment tomorrow and he hopes to get more answers.

As to the deposition of Ms. Osborn, Mr. Jerome has requested dates from Mr. Barski via email and he has not received any.

Mr. Barski stated he forwarded Mr. Jerome's email to his client. He hopes Mr. Osborn will get a progress update letter in five days.

The court will continue this hearing to the end of next week. The court hopes the parties will move forward. If this matter goes sideways, the court may reconsider its decision to let this information in.

Mr. Jerome stated no objection to a continued hearing, but he requested that Mr. Barski be required, prior to the hearing, to provide several potential deposition dates for Ms. Osborn or a confirmation that Mr. Barski does not intend to call Ms. Osborn.

Mr. Barski stated no objection.

The court expects either Mr. Osborn or Mr. Barski to convey to the doctor what the court is trying to do so the doctor can provide something more meaningful. Between now and next Friday, the court would like an update from Mr. Osborne's doctor and also to hear that progress has been made as to setting some deposition dates for Ms. Osborn, or have confirmed that Ms. Osborn will not be called as a witness.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO FEBRUARY 22, 2018 AT 2:30 PM. THE PARTIES MAY APPEAR TELEPHONICALLY. MR. BARSKI WILL TRY TO FILE THE LETTER NO LATER THAN FEBRUARY 21ST.